## Rondolone *v.* Dolente et al., Appellants.

Argued December 13, 1965. *Richard D. Har-*

*burg,* with him *Swartz, Campbell & Detweiler,* for appellants; *Charles F. Quinn,* with him *Sheer & Mazzocone,* for appellee.

Judgment affirmed.

FLOOD, J., absent.